# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:22 CR 119 |
| | ) | |
| Plaintiff | ) | JUDGE BENITA PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| KWAME PRICE | ) | **MOTION TO CONDUCT** |
| | ) | **BOND VIOLATION** |
| Defendant | ) | **HEARING VIA VIDEO** |
| | ) | |
| | ) | |

Now comes the Defendant, through counsel, and hereby requests that the in person bond violation hearing scheduled for January 3, 2023 be converted to a videoconference format to relieve the client and counsel of the need to travel. Defendant has been informed of his right to be present in person, and has informed counsel that he consents to the video hearing.

    Respectfully submitted,

    /s/ Marcus Sidoti
    MARCUS SIDOTI, 0077476
    Friedman, Gilbert + Gerhardstein
    50 Public Square, Ste. 1900
    Cleveland, Ohio 44113
    (216) 241-1430
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Marcus Sidoti*
                                          MARCUS SIDOTI
                                          *Attorney for Defendant*